UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| W&T OFFSHORE, INC. | : | DOCKET NO. 2:14-cv-2449 |
| VERSUS | : | JUDGE FOOTE |
| SARAH JEWELL, ET AL. | : | MAGISTRATE JUDGE KAY |

## JUDGMENT

For the reasons stated in the Report and Recommendation [Doc. 106] of the Magistrate Judge previously filed herein, having thoroughly reviewed the record, including the written objections, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that the Motion to Strike Extra-Record Material [Doc. 97] be **GRANTED**, and that both parties' Motions for Summary Judgment [Docs. 22, 26] be **GRANTED IN PART** and **DENIED IN PART** as described in the Magistrate Judge's opinion. As a result, the 2010 payment orders are hereby vacated and the matter remanded to the Department of the Interior for the issuance of new payment orders consistent with the court's resolution of the equitable recoupment and accrual of interest claims.

**THUS DONE AND SIGNED** in Chambers this 29th day of MAY, 2018.

_____
ELIZABETH E. FOOTE
UNITED STATES DISTRICT JUDGE